JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN AUGUSTO REYES ESCOBAR, | CASE NO. CV 06-5301-ABC (FFMx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE (USCIS); JONATHAN SCHARFEN, Acting USCIS Director; GEORGE S. MIHALKO, Director of Los Angeles Asylum Office, | |
| Defendants. | |

This action came before the Court with the Honorable Audrey B. Collins, Judge presiding. After consideration of the papers submitted by the parties,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that pursuant to the Court's order of August 15, 2008 granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for summary judgment, that judgment be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

DATED: September 12, 2008

*[signature: Audrey B. Collins]*

HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE